UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――x
: 
DEIDRE CHAPMAN, :
:  **Rule 7.1 Statement**
         Plaintiff, :
:
     - against - : 16 Civ. 9007 (KBF)(AJP)
:
THE NEW YORK TIMES COMPANY and :
JOHN OTIS, :
:
         Defendants. :
――――――――――――――――――――――x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The New York Times Company certifies that it has no parent company and that one publicly held corporation, Grupo Finaciero Inbursa, S.A.B. de C.V., owns more than 10 percent of its stock through affiliated entities.

Dated: New York, New York
   January 4, 2017

         s/ Peter M. Skinner
         Peter M. Skinner, Esq.
         Boies, Schiller & Flexner LLP
         575 Lexington Avenue
         New York, New York  10022
         Phone: 212-446-2300 / Fax: 212-446-2350
         Email: pskinner@bsfllp.com

         David McCraw, Esq.
         Legal Department
         The New York Times Company
         620 Eighth Avenue
         New York, New York  10018
         Phone: 212-556-4031 / Fax: 212-556-1009
         Email: mccraw@nytimes.com

         *Counsel for Defendants*